In the Matter of the Application of MARIE WHEELER for Permission to Remove the Body of Her Husband, CHARLES W. WHEELER, from One Plot to Another in Kensico Cemetery. MARIE WHEELER, Respondent; ROSALIE WHEELER, Appellant.— Order granting to Marie Wheeler permission to remove the body of her deceased husband, Charles W. Wheeler, from one plot to another in Kensico Cemetery reversed upon the law and the facts, without costs, and motion denied, without costs, with leave to petitioner to renew the application upon notice to the next of kin of Jeannette B. Wheeler, deceased, and Dominick Sabellico, deceased. Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ., concur.

SOL KAHAN, Respondent, v. STEPHEN H. MARSH and JENNIE F. MARSH, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

GEORGE T. KELLY, Appellant, v. UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF SCARSDALE, WESTCHESTER COUNTY, NEW YORK, Respondent.— Order denying motion to strike out defenses and counterclaim, and for judgment on the pleadings, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

ERNEST H. KRETZMANN, Appellant, v. T. H. REYNOLDS CONTRACTING CO., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

MERCHANTS NATIONAL BANK OF MIDDLETOWN, N. Y., Respondent, v. WILMOT P. THOMPSON, etc., Defendant. BENJAMIN A. ABRAMS and ANNA ABRAMS, Appellants.— Order denying motion to open default reversed upon the law and the facts, without costs, and motion to open default granted, defendants to have twenty days after service of the order entered upon this decision in which to serve the answer in the form attached to the motion papers; upon condition, however, that within ten days from the entry of said order the defendants, appellants, pay to the attorney for plaintiff, respondent, the sum of $100. In default of such payment, the order appealed from is affirmed, with ten dollars costs and disbursements. The plaintiff, respondent, having collected the judgment, no further terms are imposed. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur. Settle order on notice.

BEATRICE MILLER, Appellant, v. NEW YORK RAPID TRANSIT CORPORATION, Respondent.— Order vacating notice of examination before trial reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that plaintiff has a right to examine defendant's officer upon the matters specified in her notice. (See *Middleton* v. *Boardman*, 210 App. Div. 467.) Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

THE MOTHERLAND SHIPPING COMPANY, LTD., Respondent, v. FRANK I. FINKLER, Appellant.— Order denying motion to dismiss amended complaint for insufficiency or for improper joinder of causes of action, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.